IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MAXUM INDEMNITY COMPANY                                    PLAINTIFF

VS.                                      CIVIL ACTION NO. 3:09cv212 TSL-FKB

JIMMY WILSON, ET AL.                                        DEFENDANTS

consolidated with

AMERICAN SOUTHERN INSURANCE COMPANY                        PLAINTIFF

VS.                                      CIVIL ACTION NO. 2:09cv87 KS-MTP
                                              HATTIESBURG DIVISION

JIMMY WILSON                                               DEFENDANT

## FINAL JUDGMENT

THIS CAUSE came before this Court on the motion of American Southern Insurance

Company for entry of final judgment (ECF No. 85) based on the ruling of this court granting

American Southern Insurance Company's motion for summary judgment.  This court finds that

there is no just reason for delay, and pursuant to Rule 54(b), final judgment granting the

declaratory relief requested by American Southern Insurance Company that it has no coverage for

the building collapse made the subject of the complaint for declaratory relief is hereby granted in

accordance with the opinion of this court granting summary judgment to American Southern

Insurance Company (ECF No. 83).

ORDERED AND ADJUDGED this the 16th day of February, 2010.


                                        /s/Tom S. Lee
                                        UNITED STATES DISTRICT JUDGE