# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**MAXUM INDEMNITY COMPANY**                       **PLAINTIFF**

**VS.**                                   **CIVIL ACTION 3:09cv212 TSL-FKB**

**JIMMY WILSON, et al.**                              **DEFENDANTS**

## RECUSAL ORDER

Pursuant to 28 U.S.C. §455(a), the undersigned is compelled to disqualify himself in the above styled and numbered proceedings for the reason that the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, counsel for one of the defendants, is on the recusal list of the undersigned United States district judge.

Accordingly, the undersigned does hereby recuse himself in this cause.

ORDERED this __26th__ day of March, 2010.

                                              /s/Tom S. Lee
                                              UNITED STATES DISTRICT JUDGE